1  MATTHEW S. CONANT, State Bar No. 094920
   msc@llcllp.com
2  JEFFREY D HOSKING, State Bar No. 163975
   jdh@llcllp.com
3  KAREN E. GIQUINTO, State Bar No. 228261
   kgiquinto@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
6  Telephone:   (510) 433-2600
   Facsimile:    (510) 433-2699
7
   Attorneys for Defendant, GREYHOUND LINES,
8  INC. (erroneously sued and served as Greyhound
   Bus Line)
9

ORIGINAL
FILED
DEC - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

E-filing

10                 UNITED STATES DISTRICT COURT

11               NORTHERN DISTRICT OF CALIFORNIA

ADR

12

PEARLIE YOUNG-RAINIER,                    Case No.  C07-06200

          Plaintiff,                      DEFENDANT'S NOTICE OF
                                          REMOVAL OF ACTION TO
                                          FEDERAL COURT PURSUANT
                                          TO 28 U.S.C. § 1441(b) (DIVERSITY)

GREYHOUND BUS LINE, DOES 1 to 10,

          Defendants.

EMC

19  TO THE CLERK OF THE ABOVE-ENTITLED COURT:

20          PLEASE TAKE NOTICE that defendant GREYHOUND LINES, INC., by and through

21  its undersigned attorneys of record, hereby removes to this Court the state court action described

22  below.

23          1.      On December 21, 2006 an action was commenced in the Superior Court of the

24  State of California in and for the County of Alameda, entitled Pearlie Young-Rainier v.

25  Greyhound Bus Lines Case No. RG06303420.  A true and correct copy of the Form Complaint is

26  attached hereto as Exhibit A.  A First Amended Complaint was filed on November 2, 2007.

27  A true and correct copy of the First Amended Form Complaint is attached hereto as Exhibit B.

28  ///

30407-37383 KEG 546187.1                    1                    Case No. _____

2.      The first date upon which defendants Greyhound Lines, Inc. received a copy of the complaint was November 6, 2007 when defendant was served with a copy of the First Amended Complaint and a summons from the said state court. A true and correct copy of the Summons is attached hereto as Exhibit C. Therefore this Notice of Removal is filed within 30 days after receipt by Defendant of a copy of the pleading setting forth the claim for relief upon which this action is based.

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. §1332, and is one which may be removed to this Court by defendant pursuant to the provisions of 28 U.S.C. §1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000 exclusive of interest and costs.

4.      Defendant is informed and believes that plaintiff Pearlie Young-Rainier was, and still is, a citizen of the State of California. Defendant Greyhound Lines, Inc. was, at the time of the filing of this action, and still is, a corporation incorporated under the laws of the State of Delaware with its principal place of business in Dallas, Texas, and is the only defendant that has been served summons and complaint in this action.

5.      Defendant is informed and believes that Plaintiff's injury involves a fracture of her left ankle and that the medical expenses to date total approximately $29,000. Accordingly, it is foreseeable that the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

6.      A copy of the Notice of Removal of Case to Federal Court that will be filed with the California Superior Court is attached hereto as Exhibit D.

WHEREFORE, Defendant prays that this action be removed to this Court.

Dated:    December 6, 2007

LOMBARDI, LOPER & CONANT, LLP

By: _____
       KAREN E. GIQUINTO
      Attorneys for Defendant, GREYHOUND
      LINES, INC. (erroneously sued and served as
      Greyhound Bus Line)

LOMBARDI, LOPER & CONANT, LLP
1999 Harrison Street, Suite 2600
Lake Merritt Plaza
Oakland, CA 94612-3541

# EXHIBIT A

Attorney at Law
Attn: Ennix, Frank M.
576 10th Street
Oakland, CA    94607

Greyhound Bus Line

## Superior Court of California, County of Alameda

| Young - Rainer | |
|---|---|
| | Plaintiff/Petitioner(s) |
| VS. | |
| Greyhound Bus Line | |
| | Defendant/Respondent(s) |
| (Abbreviated Title) | |

No. <u>RG06303420</u>

**NOTICE OF CASE MANAGEMENT
CONFERENCE AND ORDER**
Unlimited Jurisdiction

### TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD.

Notice is given that a Case Management Conference has been scheduled as follows:

| Date: 05/07/2007<br>Time: 03:00 PM | Department: 139<br>Location: Allen E. Broussard Justice Center<br>Fifth Floor<br>600 Washington Street, Oakland CA 94607<br>Internet: http://www.alameda.courts.ca.gov | Judge: Steven A. Brick<br>Clerk: Lynette Rushing<br>Clerk telephone: (510) 268-2984<br>E-mail:<br>Dept.139@alameda.courts.ca.gov<br>Fax: (510) 267-1523 |
|---|---|---|

### ORDERS

1.  You must:
    a.  **Serve** all named defendants and file proofs of service on those defendants with the court within 60 days of the filing of the complaint (CRC 3.110(b));
    b.  **Give notice** of this conference to any party not included in this notice and file proof of service;
    c.  **Meet and confer**, in person or by telephone, to consider each of the issues identified in CRC 3.724 no later than 30 calendar days before the date set for the Case Management Conference;
    d.  **File and serve** a completed Case Management Conference Statement (use of Judicial Council Form CM 110 is <u>mandatory</u>) at least 15 days before the Case Management Conference (CRC 3.725)

2.  If you do not follow the orders above, you are hereby ordered to show cause why you should not be sanctioned under CRC 2.30. The hearing on the Order to Show Cause re: Sanctions will be at the same time as the Case Management Conference. Sanctions may include monetary sanctions and any other sanction permitted by law, including striking pleadings or dismissing the action.

3.  You are further ordered to appear in person* (or through your attorney of record) at the Case Management Conference noticed above. You must be thoroughly familiar with the case and fully authorized to proceed.
4.  The Case Management judge will issue orders at the conclusion of the conference that should include:
    a.  Referring to ADR and setting an ADR completion date
    b.  Dismissing or severing claims or parties
    c.  Setting a trial date.
5.  The Case Management judge may be the trial judge in this case.

*Telephonic appearances at Case Management Conferences may be available by contacting CONFERENCE CALL SERVICES, an independent vendor, at least 3 business days prior to the scheduled conference. Parties may make arrangements by calling 1 (888) 527-7327, or faxing a service request to 1(800) 833-5133. This service is subject to charges by the vendor.

### CLERK'S CERTIFICATE OF MAILING

I certify that the following is true and correct: I am the clerk of the above-named court and not a party to this cause. I served this Notice of Hearing by placing copies in envelopes addressed as shown hereon and then by sealing and placing them for collection, stamping or metering with prepaid postage, and mailing on the date stated below, in the United States mail at Alameda County, California, following standard court practices.

Executed on 03/23/2007.

By _____
                                    Deputy Clerk



*5315556*

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Greyhound Bus Line, Does 1 to 10

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Pearlie Young-Rainer



**FOR COURT USE ONLY**
*(SOLO PARA USO DE LA CORTE)*

ENDORSED
FILED
ALAMEDA COUNTY

DEC 2 1 2006

CLERK OF THE SUPERIOR COURT
By _____
Deputy

---

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* 06303420 |
|---|---|
| Superior Court of California, County of Alameda<br>1225 Fallon Street<br>Oakland, CA 94612 | |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Frank M. Ennix, Attorney at Law 510-654-5525
576 10th Street, Oakland, CA 94607

PAT S. SWEETEN

| DATE: *(Fecha)* DEC 2 1 2006 | Clerk, by *(Secretario)* _____ | Deputy *(Adjunto)* |
|---|---|---|
| | Executive Officer / Clerk of the Superior Court | |

(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

    under: ☐ CCP 416.10 (corporation)    ☐ CCP 416.60 (minor)
            ☐ CCP 416.20 (defunct corporation)  ☐ CCP 416.70 (conservatee)
            ☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)
            ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. January 1, 2004] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>American LegalNet, Inc.  www.USCourtForms.com |
|---|---|---|

*5315548*

**ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*
Frank M. Ennix, Attorney at Law    SBN 40459
576 10th Street
Oakland, CA 94607
TELEPHONE NO.: 510-654-5525    FAX NO.: 510-654-1178
ATTORNEY FOR *(Name):* Plaintiff, Pearlie Young- Rainer

FOR COURT USE ONLY

ENDORSED
FILED
ALAMEDA COUNTY

DEC 21 2006

CLERK OF THE SUPERIOR COURT
By _____ Deputy

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: René C. Davidson Alameda County Courthouse

CASE NAME:
Pearlie Young-Rainer v. Greyhound Bus Line Does 1 to 10

| CIVIL CASE COVER SHEET | Complex Case Designation | CASE NUMBER: RG 06303420 |
|---|---|---|
| ☑ Unlimited (Amount demanded exceeds $25,000) ☐ Limited (Amount demanded is $25,000 or less) | ☐ Counter ☐ Joinder Filed with first appearance by defendant (Cal. Rules of Court, rule 1811) | JUDGE: DEPT: |

*Items 1–5 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
☑ Auto (22)
☐ Uninsured motorist (46)
**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
☐ Asbestos (04)
☐ Product liability (24)
☐ Medical malpractice (45)
☐ Other PI/PD/WD (23)
**Non-PI/PD/WD (Other) Tort**
☐ Business tort/unfair business practice (07)
☐ Civil rights (08)
☐ Defamation (13)
☐ Fraud (16)
☐ Intellectual property (19)
☐ Professional negligence (25)
☐ Other non-PI/PD/WD tort (35)
**Employment**
☐ Wrongful termination (36)
☐ Other employment (15)

**Contract**
☐ Breach of contract/warranty (06)
☐ Collections (09)
☐ Insurance coverage (18)
☐ Other contract (37)
**Real Property**
☐ Eminent domain/inverse condemnation (14)
☐ Wrongful eviction (33)
☐ Other real property (26)
**Unlawful Detainer**
☐ Commercial (31)
☐ Residential (32)
☐ Drugs (38)
**Judicial Review**
☐ Asset forfeiture (05)
☐ Petition re: arbitration award (11)
☐ Writ of mandate (02)
☐ Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 1800–1812)**
☐ Antitrust/Trade regulation (03)
☐ Construction defect (10)
☐ Mass tort (40)
☐ Securities litigation (28)
☐ Environmental/Toxic tort (30)
☐ Insurance coverage claims arising from the above listed provisionally complex case types (41)
**Enforcement of Judgment**
☐ Enforcement of judgment (20)
**Miscellaneous Civil Complaint**
☐ RICO (27)
☐ Other complaint *(not specified above)* (42)
**Miscellaneous Civil Petition**
☐ Partnership and corporate governance (21)
☐ Other petition *(not specified above)* (43)

2. This case ☐ is ☑ is not complex under rule 1800 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
  a. ☐ Large number of separately represented parties
  b. ☐ Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
  c. ☐ Substantial amount of documentary evidence
  d. ☐ Large number of witnesses
  e. ☐ Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
  f. ☐ Substantial postjudgment judicial supervision
3. Type of remedies sought *(check all that apply):*
  a. ☑ monetary  b. ☐ nonmonetary; declaratory or injunctive relief  c. ☐ punitive
4. Number of causes of action *(specify):* 2, inc
5. This case ☐ is ☑ is not a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*
Date: 12/20/06
Frank M. Ennix
(TYPE OR PRINT NAME)                    (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

**NOTICE**
• Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 201.8.) Failure to file may result in sanctions.
• File this cover sheet in addition to any cover sheet required by local court rule.
• If this case is complex under rule 1800 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
• Unless this is a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. January 1, 2006]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 201.8, 1800–1812;
Standards of Judicial Administration, § 19
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

*5315552*

ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):*
Frank M. Ennix, Attorney at Law    SBN 40459
576 10th Street
Oakland, CA 94607

TELEPHONE NO: 510-654-5525    FAX NO. *(Optional):* 510-654-1178

E-MAIL ADDRESS *(Optional):*
ATTORNEY FOR *(Name):* Pearlie Young-Rainer

SUPERIOR COURT OF CALIFORNIA, COUNTY OF Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: René C. Davidson Alameda County Courthouse

PLAINTIFF: Pearlie Young-Rainer

DEFENDANT: Greyhound Bus Line

[✓] DOES 1 TO ___10___

COMPLAINT—Personal Injury, Property Damage, Wrongful Death
[ ] AMENDED *(Number):*
Type *(check all that apply):*
[✓] MOTOR VEHICLE    [ ] OTHER *(specify):*
   [ ] Property Damage    [ ] Wrongful Death
   [✓] Personal Injury    [ ] Other Damages *(specify):*

Jurisdiction *(check all that apply):*
[ ] ACTION IS A LIMITED CIVIL CASE
   Amount demanded    [ ] does not exceed $10,000
                      [ ] exceeds $10,000, but does not exceed $25,000
[✓] ACTION IS AN UNLIMITED CIVIL CASE (exceeds $25,000)
[ ] ACTION IS RECLASSIFIED by this amended complaint
   [ ] from limited to unlimited
   [ ] from unlimited to limited

FOR COURT USE ONLY

ENDORSED
FILED
ALAMEDA COUNTY

DEC 21 2006

CLERK OF THE SUPERIOR COURT
By _____ Deputy

CASE NUMBER:

RG 06303420

1. Plaintiff *(name or names):*
Plaintiff, Pearlie Young-Rainer
alleges causes of action against **defendant** *(name or names):*   Greyhound Bus Line, Does 1-10

2. This pleading, including attachments and exhibits, consists of the following number of pages:

3. Each plaintiff named above is a competent adult
   a. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*
   b. [ ] except plaintiff *(name):*
      (1) [ ] a corporation qualified to do business in California
      (2) [ ] an unincorporated entity *(describe):*
      (3) [ ] a public entity *(describe):*
      (4) [ ] a minor    [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) [ ] other *(specify):*
      (5) [ ] other *(specify):*

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
982.1(1) [Rev. January 1, 2006]

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.USCourtForms.com

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Young-Rainer v. Greyhound Bus Line | |

4. ☐ Plaintiff *(name)*:
   is doing business under the fictitious name *(specify)*:

   and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person
   a. ☑ **except defendant** *(name)*: Greyhound Bus Line
      (1) ☐ a business organization, form unknown
      (2) ☑ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   c. ☐ **except defendant** *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   b. ☐ **except defendant** *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   d. ☐ **except defendant** *(name)*:
      (1) ☐ a business organization, form unknown
      (2) ☐ a corporation
      (3) ☐ an unincorporated entity *(describe)*:

      (4) ☐ a public entity *(describe)*:

      (5) ☐ other *(specify)*:

   ☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. ☑ Doe defendants *(specify Doe numbers)*: 1 to 10 _____ were the agents or employees of other
      named defendants and acted within the scope of that agency or employment.
   b. ☑ Doe defendants *(specify Doe numbers)*: 1 to 10 _____ are persons whose capacities are unknown to
      plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are *(names)*:


8. This court is the proper court because
   a. ☐ at least one defendant now resides in its jurisdictional area.
   b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
   d. ☐ other *(specify)*:


9. ☐ Plaintiff is required to comply with a claims statute, **and**
   a. ☐ has complied with applicable claims statutes, **or**
   b. ☐ is excused from complying because *(specify)*:

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

982.1(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Young-Rainer v. Greyhound Bus Line | |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
     a. ☑ Motor Vehicle
     b. ☑ General Negligence
     c. ☐ Intentional Tort
     d. ☐ Products Liability
     e. ☐ Premises Liability
     f. ☐ Other *(specify):*

11. Plaintiff has suffered
     a. ☐ wage loss
     b. ☐ loss of use of property
     c. ☑ hospital and medical expenses
     d. ☑ general damage
     e. ☐ property damage
     f. ☐ loss of earning capacity
     g. ☐ other damage *(specify):*

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
     a. ☐ listed in Attachment 12.
     b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. Plaintiff prays for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
     a. (1) ☑ compensatory damages
        (2) ☐ punitive damages
     The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
        (1) ☑ according to proof
        (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*

Date: 12/20/06

FRANK M. ENNIX, ESQ.
     (TYPE OR PRINT NAME)

                        (SIGNATURE OF PLAINTIFF OR ATTORNEY)

COMPLAINT—Personal Injury, Property
Damage, Wrongful Death

| SHORT TITLE: | Pearlie Young-Rainer v. Greyhound Bus Line | |
|---|---|---|

_____First_____      **CAUSE OF ACTION—Motor Vehicle**      Page ___4___
*(number)*

ATTACHMENT TO  ☑ Complaint    ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* **Pearlie Young-Rainer**

MV-1.  Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries and damages to plaintiff; the acts occurred
on *(date):* **12/22/04**
at *(place):* **Abilene, TX**

MV-2. DEFENDANTS
a. ☑ The defendants who operated a motor vehicle are *(names):*
    Greyhound Bus Line

    ☑ Does ___1___ to ___10___
b. ☑ The defendants who employed the persons who operated a motor vehicle in the course of their employment are *(names):*
    Greyhound Bus Line

    ☑ Does ___1___ to ___10___
c. ☑ The defendants who owned the motor vehicle which was operated with their permission are *(names):*
    Greyhound Bus Line

    ☑ Does ___1___ to ___10___
d. ☑ The defendants who entrusted the motor vehicle are *(names):*
    Greyhound Bus Line

    ☑ Does ___1___ to ___10___
e. ☑ The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names):*
    Greyhound Bus Line

    ☑ Does ___1___ to ___10___
f. ☐ The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
    ☐ listed in Attachment MV-2f  ☐ as follows:

    ☐ Does _____ to _____

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(2)           **CAUSE OF ACTION—Motor Vehicle**        CCP 425.12
American LegalNet, Inc.  www.USCourtForms.com

| SHORT TITLE: Rainer-Young v. Greyhound Bus Line | CASE NUMBER: |
|---|---|

| Second _____ (number) | CAUSE OF ACTION—General Negligence | Page ___5___ |
|---|---|---|

ATTACHMENT TO ☑ Complaint ☐ Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name):* Pearlie Young-Rainer

alleges that defendant *(name):* Greyhound Bus Line

☑ Does ___1___ to ___10___

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant
negligently caused the damage to plaintiff
on *(date):* 12/22/04
at *(place):* Abilene, TX

*(description of reasons for liability):*
Plaintiff engaged Defendant to transport her from Oakland, CA to the state of Alabama and to return
her back from the state of Alabama back to Oakland, CA. On or about December 22, 2004, on the
return trip and as the bus was passing through Abilene, TX in route to Oakland, CA, Defendant so
negligently maintained, operated and controlled their bus so as to cause Plaintiff injury as she was
re-boarding the bus after a stop at the Greyhound bus depot in Abilene, TX.

Defendants, and each of them, so negligently entrusted, managed, maintained, drove and operated
their motor vehicle in such a careless and reckless manner so as to cause said vehicles to be
positioned in such a manner as to proximately cause injury and damage to Plaintiff.

As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was hurt
in her health, strength, and activity, sustaining injury to her body and shock to her nervous system,
all of which have caused Plaintiff great physical and mental pain, suffering and nervousness, all to
her general damages.

Plaintiff was required to employ physicians and hospitals to examine, treat and care for said injuries,
and therefore incurred medical expenses, and incidental expenses, all to her special damages.

Form Approved by the
Judicial Council of California
Effective January 1, 1982
Rule 982.1(3)

CAUSE OF ACTION—General Negligence

CCP 425.12
American LegalNet, Inc.    www.USCourtForms.com

**VERIFICATION**

1
2
3      I, the undersigned, say:

4      I, am the plaintiff in the above-entitled action; I have read

5  the foregoing document and the exhibits attached thereto and know

6  the contents thereof; that the information contained therein is

7  true of my own knowledge, except as to the matters which are

8  therein stated on my information and belief, and as to those

9  matters, I believe it to be true.

10      I declare under penalty of perjury that the foregoing is true

11  and correct and executed this  21st  day of  December 2006          ,

12  at Oakland, California.

13

14                              Pearlie Young-Rainer

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT B

*5943586*

| | |
|---|---|
| **ATTORNEY OR PARTY WITHOUT ATTORNEY** *(Name, State Bar number, and address):*<br>Frank M. Ennix, Attorney-at-Law   SBN40459<br>Law Office of Frank M. Ennix<br>576 - 10TH STREET<br>Oakland, CA 94607<br>TELEPHONE NO. 510-654-5525      FAX NO. *(Optional):* 510-654-1178<br>E-MAIL ADDRESS *(Optional):*<br>ATTORNEY FOR *(Name):* Plaintiff, Pearlie Young-Rainer | FOR USE ONLY |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF** Alameda
STREET ADDRESS: 1225 Fallon Street
MAILING ADDRESS:
CITY AND ZIP CODE: Oakland, CA 94612
BRANCH NAME: Rene C. Davidson Alameda County Courthouse

**FILED
ALAMEDA COUNTY
NOV 0 2 2007**

BY _____

PLAINTIFF: Pearlie Young-Rainer

DEFENDANT: Greyhound Lines, Inc.

☑ DOES 1 TO 10

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**
☑ **AMENDED** *(Number):* First

Type *(check all that apply):*
☑ **MOTOR VEHICLE**      ☐ **OTHER** *(specify):*
   ☐ Property Damage      ☐ Wrongful Death
   ☑ Personal Injury       ☐ Other Damages *(specify):*

Jurisdiction *(check all that apply):*
☐ **ACTION IS A LIMITED CIVIL CASE**
   Amount demanded      ☐ does not exceed $10,000
                        ☐ exceeds $10,000, but does not exceed $25,000
☑ **ACTION IS AN UNLIMITED CIVIL CASE** (exceeds $25,000)
☐ **ACTION IS RECLASSIFIED** by this amended complaint
   ☐ from limited to unlimited
   ☐ from unlimited to limited

CASE NUMBER:

RG06303420

1. Plaintiff *(name or names):* Pearlie Young-Rainer
   alleges causes of action against **defendant** *(name or names):*
   Greyhound Lines, Inc., Does 1-10
2. This pleading, including attachments and exhibits, consists of the following number of pages:
3. Each plaintiff named above is a competent adult
   a. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*
   b. ☐ **except** plaintiff *(name):*
      (1) ☐ a corporation qualified to do business in California
      (2) ☐ an unincorporated entity *(describe):*
      (3) ☐ a public entity *(describe):*
      (4) ☐ a minor ☐ an adult
         (a) ☐ for whom a guardian or conservator of the estate or a guardian ad litem has been appointed
         (b) ☐ other *(specify):*
      (5) ☐ other *(specify):*

☐ Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

Page 1 of 3

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

Code of Civil Procedure, § 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Young-Rainer v. Greyhound Lines, Inc.,et al | RG06303420 |

4. ☐ Plaintiff (name):

    is doing business under the fictitious name (specify):

    and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. ☑ except defendant (name):
  (1) ☐ a business organization, form unknown
  (2) ☑ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

c. ☐ except defendant (name):
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

b. ☐ except defendant (names):
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

d. ☐ except defendant (name):
  (1) ☐ a business organization, form unknown
  (2) ☐ a corporation
  (3) ☐ an unincorporated entity (describe):

  (4) ☐ a public entity (describe):

  (5) ☐ other (specify):

☐ Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
  a. ☑ Doe defendants (specify Doe numbers): 1 to 10 _____ were the agents or employees of other named defendants and acted within the scope of that agency or employment.
  b. ☑ Doe defendants (specify Doe numbers): 1 to 10 _____ are persons whose capacities are unknown to plaintiff.

7. ☐ Defendants who are joined under Code of Civil Procedure section 382 are (names):

8. This court is the proper court because
  a. ☐ at least one defendant now resides in its jurisdictional area.
  b. ☑ the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
  c. ☐ injury to person or damage to personal property occurred in its jurisdictional area.
  d. ☐ other (specify):

9. ☐ Plaintiff is required to comply with a claims statute, and
  a. ☐ has complied with applicable claims statutes, or
  b. ☐ is excused from complying because (specify):

PLD-PI-001 [Rev. January 1, 2007]

**COMPLAINT—Personal Injury, Property
Damage, Wrongful Death**

PLD-PI-001

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Young-Rainer v. Greyhound Lines, Inc.,et al | RG06303420 |

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached)*:
   a. ☑ Motor Vehicle
   b. ☑ General Negligence
   c. ☐ Intentional Tort
   d. ☐ Products Liability
   e. ☐ Premises Liability
   f. ☐ Other *(specify)*:

11. Plaintiff has suffered
   a. ☐ wage loss
   b. ☐ loss of use of property
   c. ☑ hospital and medical expenses
   d. ☑ general damage
   e. ☐ property damage
   f. ☐ loss of earning capacity
   g. ☐ other damage *(specify)*:

12. ☐ The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   a. ☐ listed in Attachment 12.
   b. ☐ as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   a. (1) ☑ compensatory damages
      (2) ☐ punitive damages
      The amount of damages is *(in cases for personal injury or wrongful death, you must check (1))*:
      (1) ☑ according to proof
      (2) ☐ in the amount of: $

15. ☐ The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers)*:

Date: 10/31/2007

Frank M. Ennix, Attorney-at-Law
_____
(TYPE OR PRINT NAME)

_____
(SIGNATURE OF PLAINTIFF OR ATTORNEY)

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

PLD-PI-001 [Rev. January 1, 2007]

Page 3 of 3

PLD-PI-001(1)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Young-Rainer v. Greyhound Lines, Inc., Does 1-10 | RG06303420 |

First _____        CAUSE OF ACTION—Motor Vehicle
(number)

ATTACHMENT TO  [✓] Complaint    [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

Plaintiff *(name):* Pearlie Young-Rainer

MV- 1. Plaintiff alleges the acts of defendants were negligent; the acts were the legal (proximate) cause of injuries
and damages to plaintiff; the acts occurred

on *(date):* 12/22/2004

at *(place):*

Abilene, TX; Greyhound bus terminal

MV- 2. DEFENDANTS

a. [✓] The defendants who operated a motor vehicle are *(names):*

Greyhound Lines, Inc, et al

[✓] Does  1_____ to  10_____

b. [✓] The defendants who employed the persons who operated a motor vehicle in the course of their employment
are *(names):*

Greyhound Lines, Inc, et al

[✓] Does  1_____ to  10_____

c. [✓] The defendants who owned the motor vehicle which was operated with their permission are *(names):*

Greyhound Lines, Inc, et al

[✓] Does  1_____ to  10_____

d. [✓] The defendants who entrusted the motor vehicle are *(names):*

Greyhound Lines, Inc, et al

[✓] Does  1_____ to  10_____

e. [✓] The defendants who were the agents and employees of the other defendants and acted within the scope
of the agency were *(names):*

Greyhound Lines, Inc, et al

[✓] Does  1_____ to  10_____

f. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for the liability are
[ ]  listed in Attachment MV-2f  [ ]  as follows:

[ ] Does  _____ to  _____

Page _____

| | Code of Civil Procedure 425.12 |
|---|---|
| Form Approved for Optional Use | www.courtinfo.ca.gov |
| Judicial Council of California | |
| PLD-PI-001(1) [Rev. January 1, 2007] | **CAUSE OF ACTION—Motor Vehicle** | American LegalNet, Inc. |
| | | www.FormsWorkflow.com |

PLD-PI-001(2)

| SHORT TITLE: Young-Rainer v. Greyhound Lines, Inc., Does 1-10 | CASE NUMBER: RG06303420 |
|---|---|

Second _____     **CAUSE OF ACTION—General Negligence**     Page ___5___
    (number)

ATTACHMENT TO   [✓] Complaint   [ ] Cross - Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*:   Pearlie Young-Rainer

      alleges that defendant *(name)*:   Greyhound Lines, Inc.

      [✓] Does   1 _____ to   10 _____

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*:   10/31/2007
at *(place)*:   Abilene, TX

*(description of reasons for liability)*:

Plaintiff engaged Defendant to transport her from Oakland, CA to the state of Alabama and to return her back from the state of Alabama back to Oakland, CA. One or about December 22, 2004, on the return trip and as the bus was passing through Abilene, TX in route to Oakland, CA, Defendant so negligently maintained, operated and controlled their bus so as to cause injury to Plaintiff as she was re-boarding the bus after a stop at the Greyhound bus depot in Abilene, TX.

Defendants, and each of them, so negligently entrusted, managed, maintained, drove and operated their motor vehicle in such a careless and reckless manner so as to cause said vehicle to be positioned in such a manner as to proximately cause injury and damage to Plaintiff.

As a direct and proximate result of the negligence of Defendants, and each of them, Plaintiff was hurt in her health, strength, and activity, sustaining injury to her body and shock to her nervous system, all which have caused Plaintiff great physical and mental pain, suffering and nervousness, all to her general damages.

Plaintiff was required to employ physicians and hospitals to examine, treat and care for said injuries, and therefore incurred medical expenses, and incidental expenses, all to her special damages.

Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(2) [Rev. January 1, 2007]

**CAUSE OF ACTION—General Negligence**

Code of Civil Procedure 425.12
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

**VERIFICATION**

I, the undersigned, say:

I, am the plaintiff in the above-entitled action; I have read the foregoing document and the exhibits attached thereto and know the contents thereof; that the information contained therein is true of my own knowledge, except as to the matters which are therein stated on my information and belief, and as to those matters, I believe it to be true.

I declare under penalty of perjury that the foregoing is true and correct and executed this __2nd__ day of __November, 2007__ at Oakland, California.

Pearlie Young-Rainer

(Client signed original)

EXHIBIT C

First Amendment    **SUMMONS**
*(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
Greyhound Lines, Inc.



**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
Pearlie Young-Rainer

---

You have **30 CALENDAR DAYS** after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

---

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* | RG06303420 |
|---|---|---|

Superior Court of California, County of Alameda
1225 Fallon Street
Oakland, CA 94612

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Frank M. Ennix, Attorney-at-Law  510-654-5525
576 - 10th Street, Oakland, CA 94607

DATE:    11/2/07    PAT S. SWEETEN Clerk, by _____ , Deputy
*(Fecha)*    *(Secretario)*    *(Adjunto)*

(For proof of service of this summons, use Proof of Service of Summons *(form POS-010)*.)
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify)*:

☐ on behalf of *(specify)*:

under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
☐ CCP 416.20 (defunct corporation)    ☐ CCP 416.70 (conservatee)
☐ CCP 416.40 (association or partnership)  ☐ CCP 416.90 (authorized person)

☐ other *(specify)*:
4. ☐ by personal delivery on *(date)*:

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. January 1, 2004]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
American LegalNet, Inc.   www.USCourtForms.com

EXHIBIT D

1   MATTHEW S. CONANT, State Bar No. 094920
    msc@llcllp.com
2   JEFFREY D HOSKING, State Bar No. 163975
    jdh@llcllp.com
3   KAREN E. GIQUINTO, State Bar No. 228261
    kgiquinto@llcllp.com
4   LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
5   1999 Harrison Street, Suite 2600
    Oakland, CA  94612-3541
6   Telephone:    (510) 433-2600
    Facsimile:    (510) 433-2699
7
    Attorneys for Defendant, GREYHOUND LINES,
8   INC. (erroneously sued and served as Greyhound
    Bus Line)
9

10                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

11                           COUNTY OF ALAMEDA

12

13  PEARLIE YOUNG-RAINIER,                    Case No.  RG06303420

14          Plaintiff,                        **DEFENDANT'S STATE NOTICE
                                              TO PLAINTIFF OF REMOVAL
15  v.                                        TO FEDERAL COURT**

16  GREYHOUND BUS LINE, DOES 1 to 10,         Action Filed: December 21, 2006

17          Defendants.

18

19          TO PLAINTIFF AND HER ATTORNEYS OF RECORD:

20          NOTICE IS HEREBY GIVEN that GREYHOUND LINES, INC., Defendant in the

21  above-captioned action, has filed a Notice of Removal of the above-captioned action, a copy of

22  which is attached hereto, with the United States District Court for the Northern District of

23  California.

24  ///

25  ///

26  ///

27  ///

28  ///

    DEFENDANT'S STATE NOTICE TO PLAINTIFF OF REMOVAL TO FEDERAL COURT

*(left margin, vertical)* LOMBARDI, LOPER & CONANT, LLP  Lake Merritt Plaza  1999 Harrison Street, Suite 2600  Oakland, CA  94612-3541

1      PLEASE TAKE FURTHER NOTICE that, pursuant to 28 U.S.C. §1446(b), the filing of

2   said Notice in the United States District Court, together with the filing of said Notice with this

3   Court, effects the removal of this action and the above-captioned Court may proceed no further

4   unless and until the case has been remanded.

5   Dated: December 10, 2007                    LOMBARDI, LOPER & CONANT, LLP

6

7                                               By: _____

8                                                    KAREN E. GIQUINTO
                                                     Attorneys for Defendant
9                                               GREYHOUND LINES, INC. (erroneously
                                                sued and served as Greyhound Bus Line)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA  94612-3541

30407-37383 KEG 546590.1                    2                    Case No. RG06303420