MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
kgiquinto@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant, GREYHOUND LINES, INC. (erroneously sued and served as Greyhound Bus Line)

E-filing

ORIGINAL FILED
DEC - 6 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

ADR

EMC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

PEARLIE YOUNG-RAINIER,

    Plaintiff,

v.

GREYHOUND BUS LINE, DOES 1 to 10,

    Defendants.

Case No. C07-06200

**DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES**

    Defendant GREYHOUND LINES, INC. hereby submits this Certification of Interested Entities. Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:   December 6, 2007

LOMBARDI, LOPER & CONANT, LLP

By: _____
KAREN E. GIQUINTO
Attorneys for Defendant
GREYHOUND LINES, INC. (erroneously sued and served as Greyhound Bus Line)