1 | MATTHEW S. CONANT, State Bar No. 094920
    msc@llcllp.com
2 | JEFFREY D HOSKING, State Bar No. 163975
    jdh@llcllp.com
3 | KAREN E. GIQUINTO, State Bar No. 228261
    kgiquinto@llcllp.com
4 | LOMBARDI, LOPER & CONANT, LLP
    Lake Merritt Plaza
5 | 1999 Harrison Street, Suite 2600
    Oakland, CA 94612-3541
6 | Telephone:    (510) 433-2600
    Facsimile:    (510) 433-2699

Attorneys for Defendant, GREYHOUND LINES, INC. (erroneously sued and served as Greyhound Bus Line)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARLIE YOUNG-RAINIER, | Case No. C07-06200 EMC |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| GREYHOUND BUS LINE, DOES 1 to 10, | |
| Defendants. | |

I, Pamela Hyrn, hereby declare:

I am a citizen of the United States, over 18 years of age and not a party to the within action. I am employed in the county of Alameda; my business address is Lombardi, Loper & Conant, LLC, 1999 Harrison Street, Suite 2600, Oakland, CA 94612.

On December 7, 2007, I served the within:

- **CIVIL CASE COVER SHEET;**

- **DEFENDANT'S NOTICE OF REMOVAL OF ACTION TO FEDERAL COURT PURSUANT TO 28 U.S.C. § 1441(B) (DIVERSITY);**

- **DEFENDANT'S DEMAND FOR JURY TRIAL;** and

- **DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES**

- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL;**

- **U.S. DISTRICT COURT NORTHERN CALIFORNIA; ECF REGISTRATION INFORMATION HANDOUT;**

- **ORDER SETTING INITIAL CASE MANAGEMENT AND ADR DEADLINES; AND**

- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO INFORMATION PACKET.**

on all parties in this action, as addressed below, by causing a true copy thereof to be distributed as follows:

Frank M. Ennix, Esq.  
Raphael Forbes, Esq.  
Law Offices of Frank Ennix  
576 10th St.  
Oakland, CA 94607

Telephone: (510) 654-5525  
Facsimile: (510) 654-1178  
*Attorneys for Plaintiff*

☒ **By United States Mail:** I enclosed the document in a sealed envelope or package addressed to the persons at the addresses listed above and placed the envelope/package for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing documents for mailing. On the same day that the document is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing an affidavit.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at Oakland, California.

☐ **By Fax Transmission:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed above. No error was reported by the fax machine that I used.

☐ **By Overnight Delivery:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons at the addresses listed above. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐ **By Personal Service:** I personally delivered the documents to the persons at the addresses listed above. (1) For a party represented by an attorney, delivery was made to the attorney or at the attorney's office by leaving the documents in an envelope or package clearly labeled to identify the attorney being served with the receptionist or an individual in charge of the office. (2) For a party, delivery was made to the party or by leaving the documents at the party's residence with some person not less than 18 years of age between the hours of eight in the morning and six in the evening.

1  ☐  **By Messenger Service:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service. *(A declaration by the messenger must accompany this Proof of Service.)*

3  ☐  **By E-Mail or Electronic Transmission:** Based on a court order or an agreement of the parties to accept service by email or electronic transmission, I caused the documents to be sent to the persons at the e-mail addresses listed above. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 7, 2007, at Oakland, California.

                                    /s/ Pamela Hyrn
                                    Pamela Hyrn

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30407-37383 LRAGONES 546574.1        3        Case No. C07-06200 EMC
CERTIFICATE OF SERVICE