MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
kgiquinto@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:   (510) 433-2699

Attorneys for Defendant, GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARLIE YOUNG-RAINIER,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND BUS LINE, DOES 1 to 10,<br><br>Defendants. | Case No. C07-06200 EMC<br><br>**ANSWER TO FIRST AMENDED COMPLAINT** |

Defendant GREYHOUND LINES, INC. (hereinafter "Defendant") answers the complaint of plaintiff PEARLIE YOUNG-RAINIER as follows:

1. As to the allegations of paragraph 1, Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

2. As there are no allegations in paragraph 2, no response is required.

3. As to the allegations of paragraph 3, Defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

///

4. As there are no allegations in paragraph 4, no response is required.

5. The allegations of paragraph 5 are admitted as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

6. As to the allegations of paragraph 6, defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

7. As there are no allegations in paragraph 7, no response is required.

8. Defendant denies the allegations in paragraph 8.

9. As there are no allegations in paragraph 9, no response is required.

10. As to the allegations of paragraph 10, defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

11. As to the allegations of paragraph 11, defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

12. As there are no allegations in paragraph 12, no response is required.

13. As to the allegations of paragraph 13, defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

14. As to the allegations of paragraph 14, defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

15. As there are no allegations in paragraph 15, no response is required.

16. The allegations of line MV-1 are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge

///

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

17. The allegations of paragraph MV-2(a) are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

18. The allegations of paragraph MV-2(b) are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

19. The allegations of paragraph MV-2(c) are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

20. The allegations of paragraph MV-2(d) are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

21. The allegations of paragraph MV-2(e) are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

22. As there is no allegation in paragraph MV-2(f), no response is required.

23. The allegations in paragraph GN-1, lines 1-7 are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

///

24.   The allegations in paragraph GN-1, lines 8-9 ending with the word "CA" are admitted as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

25.   The allegations in paragraph GN-1, line 9 commencing with the word "One" and ending with the word "TX" in line 12 are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

26.   The allegations in paragraph GN-1, lines 13-15 are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

27.   The allegations in paragraph GN-1, lines 16-19 are denied as they relate to defendant GREYHOUND LINES, INC. As to other defendants, defendant is without sufficient knowledge and information for form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

28.   As to the allegations in paragraph GN-1, 20-22, defendant is without sufficient knowledge and information to form a belief as to the truth of the allegations and on that basis, denies each and every allegation contained therein.

**AFFIRMATIVE DEFENSES**

AS AND FOR A FURTHER, SEPARATE ANSWER AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT ON FILE HEREIN, THIS ANSWERING DEFENDANT ALLEGES:

That the complaint on file herein does not state facts sufficient to constitute causes of action against these answering defendants.

AS AND FOR A SECOND SEPARATE ANSWER AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT ON FILE HEREIN, THIS ANSWERING DEFENDANT ALLEGES:

That plaintiff's injuries were proximately caused and contributed to, in whole or in part,

by her acts or omissions. Accordingly, Plaintiff's recovery from Defendant, if any, should be reduced in proportion to the percentage of Plaintiff's negligence, legal responsibility, or proportion of fault.

AS AND FOR A THIRD SEPARATE ANSWER AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT ON FILE HEREIN, THIS ANSWERING DEFENDANT ALLEGES:

That plaintiff failed to exercise reasonable care and diligence to mitigate damages.

AS AND FOR A FOURTH SEPARATE ANSWER AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT ON FILE HEREIN, THIS ANSWERING DEFENDANT ALLEGES:

That plaintiff's causes of action are barred by the statute of limitations.

AS AND FOR A FIFTH SEPARATE ANSWER AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT ON FILE HEREIN, THIS ANSWERING DEFENDANT ALLEGES:

That the negligence or fault of other persons other than Defendant was the sole, contributory or concurrent proximate and legal cause of the injuries or damages allegedly suffered by Plaintiff. If liability is assessed against Defendant, which liability is denied by Defendant, Defendant is liable only for the amount of Plaintiff's non-economic damages allocated to it in direct proportion to its percentage of fault, pursuant to Civil Code § 1431.2.

AS AND FOR A SIXTH SEPARATE ANSWER AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT ON FILE HEREIN, THIS ANSWERING DEFENDANT ALLEGES:

That some or all of Plaintiff's claims are preempted by federal law.

AS AND FOR A SEVENTH SEPARATE ANSWER AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT ON FILE HEREIN, THIS ANSWERING DEFENDANT ALLEGES:

That the Northern District of California is an inconvenient forum as California lacks any significant contact with the activities alleged in the complaint as the alleged trip and fall occurred in Texas and not California.

AS AND FOR AN EIGHTH SEPARATE ANSWER AND AFFIRMATIVE DEFENSE TO SAID COMPLAINT ON FILE HEREIN, THIS ANSWERING DEFENDANT ALLEGES:

That for purposes of the Alameda County Superior Court action, Alameda County is the improper venue pursuant to the California Code of Civil Procedure §§397(a), 393, and 395.5.

Defendant hereby gives notice that it intends to rely upon such other and further defenses as may become available or apparent during discovery in this case, and hereby reserves the right to amend its answer to assert any such defense; and

WHEREFORE, this answering Defendant prays for judgment as follows:

1. That plaintiff take nothing by reason of complaint on file herein;
2. That the case be dismissed with costs of suit incurred herein;
3. For such other and further relief as the Court may deem proper.

Dated:   December 10, 2007                LOMBARDI, LOPER & CONANT, LLP


By   /s/ Karen E. Giquinto
     KAREN E. GIQUINTO
     Attorneys for Defendant
     GREYHOUND LINES, INC.