1  MATTHEW S. CONANT, State Bar No. 094920
   msc@llcllp.com
2  JEFFREY D HOSKING, State Bar No. 163975
   jdh@llcllp.com
3  KAREN E. GIQUINTO, State Bar No. 228261
   kgiquinto@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
6  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
7
   Attorneys for Defendant, GREYHOUND LINES,
8  INC. (erroneously sued and served as Greyhound
   Bus Line)
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | PEARLIE YOUNG-RAINIER,            | Case No. C07-06200 EMC
14 |           Plaintiff,               | **DECLARATION OF JACK HOLLINGSWORTH IN SUPPORT OF DEFENDANT GREYHOUND LINES, INC.'S NOTICE OF MOTION AND MOTION FOR A TRANSFER OF VENUE [28 U.S.C. § 1404]; MEMORANDUM OF POINTS AND AUTHORITIES**
15 | v.                                 |
16 | GREYHOUND BUS LINE, DOES 1 to 10,  |
17 |           Defendants.              |
18 |                                    | Date:    January 30, 2008
   |                                    | Time:    10:30 a.m.
19 |                                    | Courtroom: C
   |                                    | **Magistrate Judge Edward M. Chen**
20

21

22  I, Jack Hollingsworth, declare that:

23      1.      I am a Litigation Examiner for Greyhound Lines, Inc.'s Corporate Risk Division.

24  I have worked for Greyhound Lines, Inc. since April 2007. I was assigned the claims handling

25  for the Pearlie Young-Rainier claim in November 2007. I have personal knowledge of all the

26  matters stated herein and could competently testify thereto if called upon as a witness.

27      2.      I have reviewed Mrs. Young-Rainier's complaint and am familiar with the

28  allegations contained therein. Mrs. Young-Rainier alleges that she was injured as a result of a fall

---

30407-37383 KEG 546582.1

DECLARATION OF JACK HOLLINGSWORTH
IN SUPPORT OF MOTION TO TRANSFER
CASE NO. C07-06200 EMC

1   on December 22, 2004. Specifically, she claims that she tripped and fell over a parking curb on
2   her way boarding a Greyhound bus in Abilene, Texas.

3       3.    The acts or omissions for which Greyhound Lines, Inc. is sought to be held liable
4   in this action, as described in paragraphs 10, MV-1, MV-2 and GN-1 of the form Complaint, all
5   occurred outside of California and in the State of Texas.

6       4.    I have reviewed the claims file generated in connection with Ms. Young-
7   Rainier's claim that is currently maintained by our office. Based on my review, I am informed
8   and believe the following. Through my preliminary review and investigation, I have identified
9   the following percipient witnesses to the alleged trip and fall:

    (a)    Efren Tejeda is Contractor of the Abilene, Texas bus station, who resides in the State of Texas. Mr. Tejeda is not an employee of Greyhound Lines, Inc. Mr. Tejeda is believed to have personal knowledge concerning the alleged trip and fall.

    (b)    I am in the process of locating the manager on duty at the Abilene, Texas bus station at the time of the alleged trip and fall, who is believed to be a percipient witness. I am informed and believe that the manager on duty is a resident of Texas.

    (c)    Joseph Haynes, a former Greyhound employee, is resident of De Soto, Texas. Mr. Haynes I believed to have personal knowledge concerning the alleged trip and fall.

    (d)    Carlos Hernandez, a Greyhound employee, is a resident of El Paso, Texas. Mr. Hernandez has personal knowledge of the alleged trip and fall.

    (e)    Raymundo Esparza, a Greyhound employee, has personal knowledge of the alleged trip and fall and is a resident of El Paso, Texas.

    5.    The interests of justice and the convenience of the parties and witnesses would be served by transferring this action to the Northern District of Texas for the following reasons:

    (a)    It would be burdensome and inconvenient for all of the above-listed

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30407-37383 KEG 546582.1    - 2 -    DECLARATION OF JACK HOLLINGSWORTH IN SUPPORT OF MOTION TO TRANSFER
CASE NO. C07-06200 EMC

1  witnesses to attend trial in California because of the expense of travel and time away from their
2  business and other pursuits.
3    (b) Defendant anticipates difficulty in subpoenaing third party witnesses Efren
4  Tejeda, Joseph Haynes and the manager on duty for the Abilene, Texas bus station for trial in
5  California as they are not employees of Defendant.
6    (c) California lacks any significant contact with the activities alleged in the
7  complaint as the alleged trip and fall occurred in Texas and not California.
8   6. It would be unreasonable to require Greyhound Lines, Inc. to defend this action in
9  courts within California for the following reasons:
10    (a) The location of the alleged incident and the majority of all relevant
11  witnesses are not located in California
12    (b) The Northern District of Texas is the more convenient forum to litigate this
13  case.
14    (c) The cost and loss of time to send employees to California for discovery
15  and trial purposes will place a burden upon the corporation's resources.
16   I declare under penalty of perjury under the laws of the United States of America that the
17  foregoing is true and correct.

Date: December 10, 2007

_Jack Hollingsworth_