1  MATTHEW S. CONANT, State Bar No. 094920
   msc@llcllp.com
2  JEFFREY D HOSKING, State Bar No. 163975
   jdh@llcllp.com
3  KAREN E. GIQUINTO, State Bar No. 228261
   kgiquinto@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA  94612-3541
6  Telephone:    (510) 433-2600
   Facsimile:     (510) 433-2699
7
   Attorneys for Defendant, GREYHOUND LINES,
8  INC. (erroneously sued and served as Greyhound
   Bus Line)
9

10              UNITED STATES DISTRICT COURT

11              NORTHERN DISTRICT OF CALIFORNIA

12

13 | PEARLIE YOUNG-RAINIER,            | Case No. C07-06200 EMC
14 |        Plaintiff,                 | **DECLARATION OF RAYMOND MCQUEEN IN SUPPORT OF DEFENDANT GREYHOUND LINES, INC.'S NOTICE OF MOTION AND MOTION FOR A TRANSFER OF VENUE [28 U.S.C. § 1404]; MEMORANDUM OF POINTS AND AUTHORITIES**
15 | v.                                |
16 | GREYHOUND BUS LINE, DOES 1 to 10, |
17 |        Defendants.                |
18                                      Date:    **January 30, 2008**
                                        Time:    **10:30 a.m.**
19                                      Courtroom: **C**
                                        **Magistrate Judge Edward M. Chen**
20

21

22  I, Raymond McQueen, declare that:

23     1.   I am Vice President of Risk Management and Insurance at Greyhound Lines, Inc.

24  I have worked for Greyhound Lines, Inc. since 1996. As Vice President, I am familiar with the

25  corporate structure of Greyhound Lines, Inc. and I have personal knowledge of all the matters

26  stated herein and could competently testify thereto if called upon as a witness.

27  ///

28  ///

30407-37383 KEG 546751.1                               DECLARATION OF RAYMOND MCQUEEN IN
                                                       SUPPORT OF MOTION TO TRANSFER VENUE
                                                       CASE NO. C07-06200 EMC

2.   Greyhound Lines, Inc. is a Delaware corporation with its principal place of business in Dallas, Texas engaged in the business of bus transportation.

Date: December 10, 2007

_____
Raymond McQueen