MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
kgiquinto@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant, GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARLIE YOUNG-RAINIER,<br><br>    Plaintiff,<br><br>v.<br><br>GREYHOUND BUS LINE, DOES 1 to 10,<br><br>    Defendants. | Case No. C07-06200 EMC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT GREYHOUND LINES, INC.'S MOTION FOR A TRANSFER OF VENUE [28 U.S.C. §1404]**<br><br>**Date:**         January 30, 2008<br>**Time:**         10:30 a.m.<br>**Courtroom:**   C<br><br>**Magistrate Judge Edward M. Chen** |

    Defendant's Motion for a Transfer of Venue came on regularly for hearing on January 30, 2008 at 10:30 a.m. in Courtroom C of the above-referenced court. Plaintiff Pearlie Young-Rainier was represented by Frank M. Ennix of the Law Offices of Frank M. Ennix and Defendant Greyhound Lines, Inc. was represented by Karen E. Giquinto of Lombardi, Loper & Conant, LLP.

    The Court, having read and considered the moving papers, opposition papers, reply papers, and oral argument of the parties and counsel, hereby orders that defendant Greyhound Lines, Inc.'s Motion for a Transfer of Venue is GRANTED pursuant to 28 U.S.C. §1404(a). The

above-entitled action shall be transferred to the United States District Court for the Northern District of Texas within _____ days.

IT IS SO ORDERED.

Date: _____

_____
HONORABLE EDWARD M. CHEN

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541