MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
kgiquinto@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone: (510) 433-2600
Facsimile: (510) 433-2699

Attorneys for Defendant, GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARLIE YOUNG-RAINIER,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND BUS LINE, DOES 1 to 10,<br><br>Defendants. | Case No. C07-06200 EMC<br><br>**CONSENT TO PROCEED BEFORE UNITED STATES MAGISTRATE JUDGE EDWARD M. CHEN** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have United States Magistrate Judge Edward M. Chen conduct any and all further proceedings in this case, including trial, and order the entry of a final

///

///

///

///

///

///

---

30407-37383 KEG 547147.1      1      Case No. C07-06200 EMC

CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE EDWARD M. CHEN

judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:   December 18, 2007                    LOMBARDI, LOPER & CONANT, LLP


By   /s/ Karen E. Giquinto
     KAREN E. GIQUINTO
     Attorneys for Defendant
     GREYHOUND LINES, INC.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30407-37383 KEG 547147.1        2        Case No. C07-06200 EMC
CONSENT TO PROCEED BEFORE MAGISTRATE JUDGE EDWARD M. CHEN