IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEARLIE YOUNG-RAINIER,
    Plaintiff(s),

v.　　　　　　　　　　　　　　　　　　　　　　　　　　No. C-07-6200-SC

GREYHOUND BUS LINES INC.,
    Defendant(s).
_____/　　　　Clerk's Notice

(Plaintiff is required to serve and file a proof of service with the Court on any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled **Defendant's Motion for Transfer of Venue on February 8, 2008 at 10:00 A.M.** before the Honorable Samuel Conti.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:　January 16, 2008　　　　　　　　　　　　FOR THE COURT,

　　　　　　　　　　　　　　　　　　　　　　　　Richard W. Wieking, Clerk

　　　　　　　　　　　　　　　　　　　　　　　　By: T. De Martini
　　　　　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy Clerk