1  MATTHEW S. CONANT, State Bar No. 094920
   msc@llcllp.com
2  JEFFREY D HOSKING, State Bar No. 163975
   jdh@llcllp.com
3  KAREN E. GIQUINTO, State Bar No. 228261
   kgiquinto@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
6  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699
7
   Attorneys for Defendant, GREYHOUND LINES,
8  INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARLIE YOUNG-RAINIER, | Case No. C07-06200 SC |
| Plaintiff, | **STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED ORDER** |
| v. | (Fed. R. Civ. P. §41(a)(1)) |
| GREYHOUND BUS LINE, DOES 1 to 10, | |
| Defendants. | |

   This matter is currently set for a hearing on Defendant Greyhound Lines, Inc.'s Motion to
Transfer Venue on Friday, February 8, 2008 at 10:00 a.m. in Courtroom 1. The parties have
reached a tentative settlement agreement and are in the process of preparing the necessary
paperwork. Accordingly, the parties hereby stipulate to reschedule the hearing for a short period

///
///
///
///
///
///

1  of time to allow the necessary paperwork to be completed. The parties request the hearing be
2  rescheduled to March 7, 2008 at 10:00 a.m.

3  Dated:   January 29, 2008                     LAW OFFICE OF FRANK M. ENNIX

        By _____
                FRANK M. ENNIX
              Attorneys for Plaintiff
              PEARLIE YOUNG-RAINIER

8  Dated:   January 29, 2008                     LOMBARDI, LOPER & CONANT, LLP

        By _____
                KAREN E. GIQUINTO
              Attorneys for Defendant
              GREYHOUND LINES, INC.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30407-37383 KEG 548690.1                            2                        Case No. C07-06200 SC
STIPULATION TO CONTINUE HEARING AND PROPOSED ORDER

**PROPOSED ORDER**

AND NOW, TO WIT, this _____ day of _____ based on the foregoing stipulation of the parties hereto, it is hereby ordered that the hearing on GREYHOUND LINES, INC.'s Motion to Transfer Venue is continued to March 7, 2008 at 10:00 a.m. in Courtroom 1.

_____
SAMUEL CONTI
United States District Judge