MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
kgiquinto@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:    (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant, GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARLIE YOUNG-RAINIER,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND BUS LINE, DOES 1 to 10,<br><br>Defendants. | Case No. C07-06200 SC<br><br>**STIPULATION TO CONTINUE HEARING AND PROPOSED ORDER** |

This matter is currently set for a hearing on Defendant Greyhound Lines, Inc.'s Motion to Transfer Venue on Friday, February 8, 2008 at 10:00 a.m. in Courtroom 1. The parties have reached a tentative settlement agreement and are in the process of preparing the necessary paperwork. Accordingly, the parties hereby stipulate to reschedule the hearing for a short period

///
///
///
///
///
///

1  of time to allow the necessary paperwork to be completed. The parties request the hearing be
2  rescheduled to March 7, 2008 at 10:00 a.m.

3  Dated: January 29, 2008                    LAW OFFICE OF FRANK M. ENNIX

By _____
FRANK M. ENNIX
Attorneys for Plaintiff
PEARLIE YOUNG-RAINIER

8  Dated: January 29, 2008                    LOMBARDI, LOPER & CONANT, LLP

By _____
KAREN E. GIQUINTO
Attorneys for Defendant
GREYHOUND LINES, INC.

## PROPOSED ORDER

AND NOW, TO WIT, this _____ day of _____ based on the foregoing stipulation of the parties hereto, it is hereby ordered that the hearing on GREYHOUND LINES, INC.'s Motion to Transfer Venue is continued to March 7, 2008 at 10:00 a.m. in Courtroom 1.

_____
SAMUEL CONTI
United States District Judge