1  MATTHEW S. CONANT, State Bar No. 094920
   msc@llcllp.com
2  JEFFREY D HOSKING, State Bar No. 163975
   jdh@llcllp.com
3  KAREN E. GIQUINTO, State Bar No. 228261
   kgiquinto@llcllp.com
4  LOMBARDI, LOPER & CONANT, LLP
   Lake Merritt Plaza
5  1999 Harrison Street, Suite 2600
   Oakland, CA 94612-3541
6  Telephone:   (510) 433-2600
   Facsimile:   (510) 433-2699

Attorneys for Defendant, GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| PEARLIE YOUNG-RAINIER,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND BUS LINE, DOES 1 to 10,<br><br>Defendants. | Case No. C07-06200 SC<br><br>**STIPULATION TO CONTINUE HEARING AND ~~PROPOSED~~ ORDER** |
|---|---|

This matter is currently set for a hearing on Defendant Greyhound Lines, Inc.'s Motion to Transfer Venue on Friday, February 8, 2008 at 10:00 a.m. in Courtroom 1. The parties have reached a tentative settlement agreement and are in the process of preparing the necessary paperwork. Accordingly, the parties hereby stipulate to reschedule the hearing for a short period

///
///
///
///
///
///

1  of time to allow the necessary paperwork to be completed. The parties request the hearing be
2  rescheduled to March 7, 2008 at 10:00 a.m.

3  Dated:    January 29, 2008            LAW OFFICE OF FRANK M. ENNIX

4

5                                          By _____
6                                               FRANK M. ENNIX
                                                Attorneys for Plaintiff
7                                               PEARLIE YOUNG-RAINIER

8  Dated:    January 29, 2008            LOMBARDI, LOPER & CONANT, LLP

9

10                                         By _____
11                                              KAREN E. GIQUINTO
                                                Attorneys for Defendant
12                                              GREYHOUND LINES, INC.

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30407-37383 KEG 548690.1                    2                    Case No. C07-06200 SC
STIPULATION TO CONTINUE HEARING AND PROPOSED ORDER

## PROPOSED ORDER

AND NOW, TO WIT, this **31** day of **January, 2008** based on the foregoing stipulation of the parties hereto, it is hereby ordered that the hearing on GREYHOUND LINES, INC.'s Motion to Transfer Venue is continued to March 7, 2008 at 10:00 a.m. in Courtroom 1.

IT IS SO ORDERED

Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30407-37383 KEG 548690.1               3                    Case No. C07-06200 SC
STIPULATION TO CONTINUE HEARING AND PROPOSED ORDER