MATTHEW S. CONANT, State Bar No. 094920
msc@llcllp.com
JEFFREY D HOSKING, State Bar No. 163975
jdh@llcllp.com
KAREN E. GIQUINTO, State Bar No. 228261
kgiquinto@llcllp.com
LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541
Telephone:   (510) 433-2600
Facsimile:    (510) 433-2699

Attorneys for Defendant, GREYHOUND LINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEARLIE YOUNG-RAINIER,<br><br>Plaintiff,<br><br>v.<br><br>GREYHOUND BUS LINE, DOES 1 to 10,<br><br>Defendants. | Case No. C07-06200 SC<br><br>**STIPULATION OF VOLUNTARY DISMISSAL AND ~~PROPOSED~~ ORDER**<br><br>(Fed. R. Civ. P. §41(a)(1)) |

Pursuant to Rule 41 (a)(1)(ii) of the Federal Rules of Civil Procedure, it is hereby stipulated between all parties hereto, by and through their undersigned attorneys, that plaintiff PEARLIE YOUNG-RAINIER'S Complaint is dismissed with prejudice as to the sole defendant GREYHOUND LINES, INC. ("GREYHOUND"). The dismissal is based on the fact that a mutually agreed upon settlement has been reached on all of the issues between both parties.

This action is not a class action; a receiver has not been appointed; and the action is not governed by any statute of the United States that requires an order of the court for dismissal.

All parties to this action that have entered an appearance and that remain in the action have executed this dismissal through the undersigned counsel of record.

///

1  This action is hereby dismissed, in its entirety WITH PREJUDICE.

2

3  Dated:   January 26, 2008                LAW OFFICE OF FRANK M. ENNIX

4

5                                           By    /s/ Frank M. Ennix
                                                  FRANK M. ENNIX
6                                                 Attorneys for Plaintiff
                                                  PEARLIE YOUNG-RAINIER
7
   Dated:   January 30, 2008                LOMBARDI, LOPER & CONANT, LLP
8

9

10                                          By    /s/ Karen E. Giquinto
                                                  KAREN E. GIQUINTO
11                                                Attorneys for Defendant
                                                  GREYHOUND LINES, INC.

**IT IS SO ORDERED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30407-37383 KEG 548568.1                    2                          Case No. C07-06200 SC
STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED ORDER

**PROPOSED ORDER**

AND NOW, TO WIT, this _____ day of _____ based on the foregoing stipulation of the parties hereto, it is hereby ordered that GREYHOUND LINES, INC. is dismissed from this action in its entirety with prejudice. The issue of costs and fees has been arranged in accordance to the settlement.

                                                 SAMUEL CONTI
                                                 United States District Judge

LOMBARDI, LOPER & CONANT, LLP
Lake Merritt Plaza
1999 Harrison Street, Suite 2600
Oakland, CA 94612-3541

30407-37383 KEG 548568.1   3   Case No. C07-06200 SC
STIPULATION OF VOLUNTARY DISMISSAL AND PROPOSED ORDER